B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Daily Press, LLC, a California limited liability company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**95-2093610** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**729 N. Grand Avenue**<br>**Santa Ana, CA**     ZIP CODE **92701** | Street Address of Joint Debtor (No. & Street, City, and State):     ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Orange County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**625 N. Grand Avenue**<br>**Santa Ana, CA**     ZIP CODE **92701** | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:    Chapter 11 Debtors<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>-----<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Daily Press, LLC, a California limited liability company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **District of Delaware** | Case Number:<br>**09-13083-BLS** | Date Filed:<br>**9/01/09** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See Annex 2** | Case Number:<br>**As Assigned** | Date Filed:<br>**11/01/15** |
| District: **Central District of California** | Relationship: **Affiliate** | Judge:<br>**As Assigned** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

   _____
   (Name of landlord that obtained judgment)

   _____
   (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Daily Press, LLC, a California limited liability company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    Date

### Signature of Attorney*

X _William N. Lobel_ (signature)

Signature of Attorney for Debtor(s)

**William N. Lobel (93202)**
Printed Name of Attorney for Debtor(s)

**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Firm Name

**650 Town Center Drive**
**Suite 950**
**Costa Mesa, CA 92626**
Address

Email:wlobel@lwgfllp.com

**(714) 966-1000 Fax:(714) 966-1002**
Telephone Number

**11/1/2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signature)_
Signature of Authorized Individual

**Richard E. Mirman**
Printed Name of Authorized Individual

**CEO of Managing General Partner of Managing Member of Debtor**
Title of Authorized Individual

**11/1/2015**
Date

# ANNEX 1

## LIST OF AFFILIATED DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, these entities filed a motion requesting that the Court jointly administer their chapter 11 cases.

1. Freedom Communications, Inc., a Delaware corporation (Lead Case)
2. Freedom Communications Holdings, Inc., a Delaware corporation
3. Freedom SPV II, LLC, a Delaware limited liability company
4. Freedom SPV VI, LLC, a Delaware limited liability company
5. Freedom Services, Inc., a Delaware corporation
6. 2100 Freedom, Inc., a Delaware corporation
7. OCR Community Publications, Inc., a California corporation
8. Daily Press, LLC, a California limited liability company
9. Freedom California Mary Publishing, Inc., a California corporation
10. Freedom California Ville Publishing Company LP, a California limited partnership
11. Freedom Colorado Information, Inc., a Delaware corporation
12. Freedom Interactive Newspapers, Inc., a California corporation
13. Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation
14. Freedom Newspaper Acquisitions, Inc., a Delaware corporation
15. Freedom Newspapers, a Texas general partnership
16. Freedom Newspapers, Inc., a Delaware corporation
17. Freedom Newspapers of Southwestern Arizona, Inc., a California corporation
18. Freedom SPV I, LLC, a Delaware limited liability company
19. Freedom SPV IV, LLC, a Delaware limited liability company
20. Freedom SPV V, LLC, a Delaware limited liability company
21. OCR Information Marketing, Inc., a California corporation
22. Odessa American, a Texas general partnership
23. Orange County Register Communications, Inc., a California corporation
24. Victor Valley Publishing Company, a California corporation
25. Victorville Publishing Company, a California limited partnership

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**LOBEL WEILAND GOLDEN FRIEDMAN LLP**<br>**William N. Lobel (SBN 93202) - wlobel@lwgfllp.com**<br>**Alan J. Friedman (SBN 132580) - afriedman@lwgfllp.com**<br>**Beth E. Gaschen (SBN 245894) - bgaschen@lwgfllp.com**<br>**Christopher J. Green (SBN 295874) - cgreen@lwgfllp.com**<br>**650 Town Center Drive, Suite 950**<br>**Costa Mesa, CA 92626**<br>**Telephone: (714) 966-1000**<br>**Fax: (714) 966-1002**<br><br>*(Proposed) Attorneys for Debtor and Debtor-in-Possession* | CASE NO.:<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>**Daily Press, LLC, a California limited liability company**<br>                                                        Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1006-1(h)]** |

| | | | |
|---|---|---|---|
| ☑ | Petition, statement of affairs, schedules or lists | Date Filed: | _____ |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | _____ |
| ☐ | Other: *(specify):* _____ | Date Filed: | _____ |

**PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**11/1/2015**
_____
Date

_____
Signature of authorized signatory of Filing Party

**Richard E. Mirman**
_____
Printed Name of Authorized Signatory of Filing Party

**CEO of Managing General Partner of Managing**
**Member of Debtor**
_____
Title of authorized signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part 1 - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

**11/1/2015**
_____
Date

_____
Signature of attorney for Filing Party

**William N. Lobel (SBN 93202)**
_____
Printed Name of attorney for Filing Party

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                                          **F 1002-1.DEC.ELEC.FILING.CORP**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DAILY PRESS, LLC, a California limited liability company,<br><br>Debtor. | Chapter 11<br><br>Case No.:  8:15-bk-_____(___) |

## CERTIFICATION CONCERNING LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

The debtor and debtor-in-possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *List of Creditors Holding 20 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge, correct and consistent with the Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defense to any claims set forth in the *List of Creditors Holding 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of November, 2015, at Costa Mesa, California.

_____
Richard E. Mirman
CEO of Managing General Partner of Managing
Member of Debtor

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Daily Press, LLC, a California limited liability company**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express 2975 W Corporate Lakes Blvd Weston, FL 33331-3626 | Johan V Brigham American Express 2975 W Corporate Lakes Blvd Weston, FL 33331-3626 202/637-2200 | Legal Services | | $1,938,296.00 |
| LMG National Publishing Inc c/o Gatehouse Media LLC 350 WillowBrook Office Park Fairport, NY 14450 | President LMG National Publishing Inc c/o Gatehouse Media LLC 350 WillowBrook Office Park Fairport, NY 14450 585/598-6874 | Services | | $706,220.00 |
| Broadspire Services Inc 12874 Collection Center Drive Chicago, IL 60693 | Neil J Loentine COO Broadspire Services Inc 12874 Collection Center Drive Chicago, IL 60693 847/281-3680 | Services | | $119,130.00 |
| Oliver Wyman Actuarial Consulting Inc PO Box 5150 New York, NY 10087-5160 | President Oliver Wyman Actuarial Consulting Inc PO Box 5150 New York, NY 10087-5160 | Services | | $43,400.00 |
| Braintree Payment Solutions LLC PO Box 45950 Omaha, NE 68145-0950 | Managing Agent, Director or Office Braintree Payment Solutions LLC PO Box 45950 Omaha, NE 68145-0950 | Services | | $15,896.00 |
| Marsh Risk & Insurance Services PO Box 846112 Dallas, TX 75284-6112 | Managing Agent Officer or Director Marsh Risk & Insurance Services PO Box 846112 Dallas, TX 75284-6112 949/399-5800 | Insurance | | $5,129.00 |
| Kevin Hall 13444 Navajo Road Apt 1 Apple Valley, CA 92308-9623 | Kevin Hall 13444 Navajo Road Apt 1 Apple Valley, CA 92308-9623 Telephone Unknown | Services | | $780.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Daily Press, LLC, a California limited liability company**                            Case No. _____
                                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Jerome Morris**<br>12681 Luna Road<br>Victorville, CA 92392-7995 | **Jerome Morris**<br>12681 Luna Road<br>Victorville, CA 92392-7995<br>Telephone Unknown | Services | | $140.00 |
| **John Blair Jr**<br>16043 Juniper Street #B<br>Hesperia, CA 92345 | **John Blair Jr**<br>16043 Juniper Street #B<br>Hesperia, CA 92345<br>Telephone Unknown | Services | | $78.00 |
| **Ashley Swegles**<br>12776 Portola Street<br>Victorville, CA 92392-5488 | **Ashley Swegles**<br>12776 Portola Street<br>Victorville, CA 92392-5488<br>Telephone Unknown | Services | | $51.00 |
| **Eilene Adair**<br>15189 Hallmark Lane<br>Victorville, CA 92394 | **Eilene Adair**<br>15189 Hallmark Lane<br>Victorville, CA 92394<br>Telephone Unknown | Services | | $22.00 |
| **Secretary of State**<br>PO Box 944230<br>Sacrament, CA 94244-2300 | **Secretary of State**<br>PO Box 944230<br>Sacramento, CA 94244-2300<br>916/657-5448 | Taxes | | $20.00 |
| **Natalie Mercado**<br>11572 A Avenue<br>Hesperia, CA 92345-2104 | **Natalie Mercado**<br>11572 A Avenue<br>Hesperia, CA 92345-2104 | Services | | $10.00 |
| **Tiffany Harris**<br>14815 Providence Road<br>Adelanto, CA 92301 | **Tiffany Harris**<br>14815 Providence Road<br>Adelanto, CA 92301 | Services | | $1.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Adair Eilene
15189 Hallmark Ln
Victorville, CA 92394


Adams Mark J
14959 Seneca Rd Apt 91
Victorville, CA 92392


Aguiar Carol Lynn  George
419 W Clark St
Upland, CA 91784


Aguillon Alexis
14550 Springdale Circle
Adelanto, CA 92301


Almeida Aaron
17814 Hackberry St
Hesperia, CA 92345


Alvarado Sarah
15296 Mendota Road
Apple Valley, CA 92307


American Express  Corp Lakes Blvd
Attn Jaffe  Asher LLP Daniel Moken
2975 W Corporate Lakes Blvd
Weston, FL 33331-3626


Arizona Dept of Environ Quality
Attn Mang Agt Officer Or Director
1110 W Washington St
Phoenix, AZ 85007

Arizona Dept of Rev
Attn Mang Agt Officer Or Director
1600 W Monroe
Phoenix, AZ 85007


Arizona Dept of Rev
Unclaimed Property Unit
PO Box 29026
Phoenix, AZ 85038-9026


Arizona Game and Fish Dept
Attn Mang Agt Officer Or Director
5000 W Carefree Highway
Phoenix, AZ 85086-5000


Arizona Industrial Commission
Chairman
800 West Washington St
Phoenix, AZ 85007


Attorney Generals Office
Consumer Protection Section
30 East Broad St 17th Floor
Columbus, OH 43215-3428


Baldwin Janet E
11839 Mohawk Road
Apple Valley, CA 92308


Bantug Ronald C
PO Box 2695
Victorville, CA 92393


Beauvais Rene
13620 Freedom Way
Victorville, CA 92392

Beavor Merri S
11136 Choiceana Ave
Hesperia, CA 92345

Becerra Jacqueline
12047 White Oak  Court
Victorville, CA 92392

Becerra Lillie
13417 Dover Lane
Victorville, CA 92392

Behal Rajan
9205 Goldenseal Ct
Hesperia, CA 92344

Bennett John
212 W Benson Ave
Ridgecrest, CA 93555

Blair Jr John
16043 Juniper St B
Hesperia, CA 92345

Blair Ronald
15365 Little Beaver
Victorville, CA 92395

Bradshaw Todd E
10030 Monte Vista Rd
Phelan, CA 92371

Braintree Payment Solutions LLC
Attn Mang Agt Officer Or Director
PO Box 45950
Omaha, NE 68145-0950


Briceno Priscilla
9519 Tecate Ave
Hesperia, CA 92345


Broadspire Services Inc
Attn Neil J Lentine Coo
12874 Collections Center Dr
Chicago, IL 60693


Brock Mary
14733 Bo Court
Adelanto, CA 92301


Brodeur Gary
PO Box  1625
Victorville, CA 92393-1625


Brodeur Susan J
PO Box 1625
Victorville, CA 92393-1625


Brown Micki
18904 Madrone St
Hesperia, CA 92345


Brown Reyna
9919 Topaz Ave Apt131
Hesperia, CA 92345

C T Corp System
Attn Mang Agt Officer Or Director
818 West Seventh St
Los Angeles, CA 90017


Ca Dept of Indust Relations
Director
455 Golden Gate Ave 10th Fl
San Francisco, CA 94102


Ca Env Protection Agency
Attn Mang Agt Officer Or Director
1001 I St PO Box 2815
Sacramento, CA 95812-2815


Ca St Board of Equal Sboe
Attn Mang Agt Officer Or Director
Spec Op Bktcy Tm Mic 74 POB 942879
Sacramento, CA 94279-0074


Ca State and Consumer Svcs Agency
Attn Mang Agt Officer Or Director
915 Capitol Mall Suite 200
Sacramento, CA 95814-2719


California  Franchise Tax Board
Attn Mang Agt Officer Or Director
Bankruptcy Be Ms A345 PO Box 2952
Sacramento, CA 95812-2952


California Air Resources Board
Attn Mang Agt Officer Or Director
1001 I St PO Box 2815
Sacramento, CA 95812


California Dept of
Toxic Substances Control
PO Box 806
Sacramento, CA 95812-0806

California Dept of Conservation
Attn Mang Agt Officer Or Director
801 K St Ms 2401
Sacramento, CA 95814


California Dept of Water Resources
Attn Mang Agt Officer Or Director
PO Box 942836
Sacramento, CA 94236


California Integrated Waste
Mgt Board
1001 I St PO Box 2815
Sacramento, CA 95812-2815


California State Controllers Office
Unclaimed Property Division
10600 White Rock Road Suite 141
Rancho Cordova, CA 95670


Callahan Angela K
15262 Fir St
Hesperia, CA 92345


Carver Charlotte E
PO Box 2394
Helendale, CA 92342


Castro Carrie C
12851 7th Ave
Victorville, CA 92395


Cervantes Bennedicta S
13466 Pleasant View Ave
Hesperia, CA 92344

Cervantes Viviana A
16433 Bunnell Ave
Victorville, CA 92394


Claxton Susan
14706 Orange St
Hesperia, CA 92345


Co Dept of Labor and Employment
Executive Director
633 17th St  2nd Fl
Denver, CO 80202


Cockfield Tracy L
PO Box 801
Victorville, CA 92393


Cole Anne
19564 Oneida Rd
Apple Valley, CA 92307


Colorado Attorney General
Consumer Protection Division
1525 Sherman St
Denver, CO 80203


Colorado Deprtment of Rev
Attn Mang Agt Officer Or Director
1375 Sherman St
Denver, CO 80261


Colorado Dept of Personnel  Admin
Unclaimed Property Division
1580 Logan St
Denver, CO 80203

Colorado Dept of Public Health
and Environment
4300 Cherry Creek Drive South
Denver, CO 80246-1530


Cook Bryan A
12168 Schlitz Rd
Phelan, CA 92371


Cook Joy K
9222 2nd St
Victorville, CA 92392


Crigler Alberta H
12428 Buena Vista Rd PO Box 720908
Pinon Hills, CA 92372


Cruz Jose M
16459 Willow St
Hesperia, CA 92345


Crystal Financial LLC as Agent
Attn Mang Agt Officer Or Director
Two International Place
Boston, MA 02110


Daft Christian
1265 Heritage Drive
Calimesa, CA 92320


Day Peter
PO Box 1137
Lucerne Valley, CA 92356-1137

De Dept of Natural Res and
Environ Control
89 Kings Highway
Dover, DE 19901


De La Cruz Rene
21377 Pahute Road
Apple Valley, CA 92308


Del Cid Oscar D
15354 Fremont Dr
Adelanto, CA 92301


Delaware Secretary of Labor
Secretary
4425 N Market St 4th Fl
Wilmington, DE 19802


Delaware State Escheator
Unclaimed Property Division
PO Box 8931
Wilmington, DE 19899


Environ Protection Agency
Attn Mang Agt Officer Or Director
1595 Wynkoop St
Denver, CO 80202-1129


Environ Protection Agency
Attn Mang Agt Officer Or Director
1650 Arch St
Philadelphia, PA 19103-2029


Environ Protection Agency
Attn Mang Agt Officer Or Director
290 Broadway
New York, NY 10007-1866

Environ Protection Agency
Attn Mang Agt Officer Or Director
75 Hawthorne St
San Francisco, CA 94105


Environ Protection Agency
Attn Mang Agt Officer Or Director
77 West Jackson Blvd
Chicago, IL 60604-3507


Environ Protection Agency
Attn Mang Agt Officer Or Director
Ariel Rios Bldng 1200 Penn Ave NW
Washington, DC 20460


Environ Protection Agency
Attn Mang Agt Officer Or Director
Atlanta Fed Center 61 Forsyth St SW
Atlanta, GA 30303-3104


Environ Protection Agency
Attn Mang Agt Officer Or Director
Fount Pl 12 Fl 1445 Ross Av St 1200
Dallas, TX 75202-2733


Ersek Lipscomb Roben L
14018 Jicarilla Road
Apple Valley, CA 92307


Estrada Vargas Alvaro J
13885 Hawk Ct
Victorville, CA 92394


Eyl Tiemthong
16205 Hughes Road
Victorville, CA 92392

Figueroa Maria J
11643 Desert Crossing St
Adelanto, CA 92301


Fisk Geoffrey A
13928 Choco Road
Apple Valley, CA 92307


Fitzsimmons Robert L
PO Box 1416
Victorville, CA 92393-1416


Fl Agency For Workforce Innovation
Director
Caldwell Bldg 107 E Madison St 100
Tallahassee, FL 32399


Florida Dept of Environ Protection
Attn Mang Agt Officer Or Director
3900 Commonwealth Blvd Ms 49
Tallahassee, FL 32399


Florida State
Unclaimed Property Division
PO Box 8599
Tallahassee, FL 32314-8599


Franchise Tax Board
Bankruptcy Section Ms A340
PO Box 2952
Sacramento, CA 95812-2952


Frattura Albert F
16966 Broadway Drive
East Lansing, MI 48823

Freeman Johna
32720 Carnelian Road
Lucerne Valley, CA 92356


Galian Jeffrey T
9986 Placer St Apartment D
Rancho Cucamonga, CA 91730


Gardner Danial
16578 Odell Ave
Victorville, CA 92394


Gatehouse Media LLC
Attn Mang Agt Officer Or Director
350 Willbrook Office Park
Fiarport, NY 14450


General Electric Capital Co as Agt
Attn Mang Agt Officer Or Director
350 South Beverly Drive Suite 200
Beverly Hills, CA 90212


Geyer William J
13207 Americana Court
Victorville, CA 92392


Gillies Amber
9928 Kay St
Adelanto, CA 92301


Graham Robert
14160 Tehachapi Road
Apple Valley, CA 92307

Gutierrez Raul H
11789 Jamaica St
Victorville, CA 92392


Gutierrez Vincent M
14959 Seneca Rd 91
Victorville, CA 92392


Hall Kevin
13444 Navajo Rd Apt 1
Apple Valley, CA 92308-9623


Haprov Martial David
16599 Muscatel St Apt 111
Hesperia, CA 92345


Harris Tiffany
14815 Providence Rd
Adelanto, CA 92301


Hernandez Arnulfo
12506 Sunny Vista Ave
Victorville, CA 92395


Hernandez Nury E
14953 Braemar Dr
Victorville, CA 92394


Howes Rebecca S
100 Oceano St 4
Santa Barbara, CA 93109

Hundric Ivan
13970 Millbrook Dr
Victorville, CA 92395


Hunt Stephen M
17643 Main St
Hesperia, CA 92345


IRS Internal Rev Service
Attn Mang Agt Officer Or Director
10th St and Pennsylvania Ave NW
Washington, DC 20530


Iddings John
14489 Hopi Road
Apple Valley, CA 92307


Illinois Attorney General
Consumer Protection Division
100 West Randolph St
Chicago, IL 60601


Illinois Dept of Labor
Director
160 N Lasalle St 13th Flr Ste 1300
Chicago, IL 60601


Illinois Dept of Rev
Attn Mang Agt Officer Or Director
James R Thmsn Ctr   100 W Rand St
Chicago, IL 60601-3274


Illinois Environ Protection Agency
Attn Mang Agt Officer Or Director
1021 N Grand Ave East PO Box 19276
Springfield, IL 62794-9276

Illinois State Treasurers Office
Unclaimed Property Division
PO Box 19495
Springfield, IL 62794-9495


Indiana Dept of Environ Mgmt
Office of Air Quality Compliance
100 N Senate Avevnue Mail Code 5001
Indianapolis, IN 46204-2251


Indiana Dept of Labor
Commissioner
402 West Washington St Room W195
Indianapolis, IN 46204


Indiana Dept of Natural Resources
Attn Mang Agt Officer Or Director
402 West Washington St
Indianapolis, IN 46204


Indiana Dept of Rev
Attn Mang Agt Officer Or Director
Bkrpty Sec 108 100 N Sen Av Rm N240
Indianapolis, IN 46204


Indiana Unclaimed Property
Attn Mang Agt Officer Or Director
302 W Washington St
Indianapolis, IN 46204


Internal Rev Service
Attn Mang Agt Officer Or Director
1111 Constitution Ave NW
Washington, DC 20224


Internal Rev Service
Attn Mang Agt Officer Or Director
PO Box 7346
Philadelphia, PA 19101-7346

Jacobs Leslie K
17561 Bangor Ave
Hesperia, CA 92345


Johnson Shea
1105 Pinte St
Barstow, CA 92311


Jp Morgan Chase Bank Na as Admin
Attn Mang Agt Officer Or Director
PO Box 2558
Houston, TX 77252


Kane Everett P
15555 Main St D4241
Hesperia, CA 92345


Karen Michael J
13076 Osage Rd
Apple Valley, CA 92308


Kawasaki Bryan
10594 Westway Road
Hesperia, CA 92345


Kaylor Mark
15050 Genesee Road
Apple Valley, CA 92307


Keck David
5565 Juniper Drive
Wrightwood, CA 92397

Kirkland Oard
Law Offices of Thomas W Falvey
Attn Michael H Boyamian
550 N Brd Bl 1500 Glendale CA 91203


Kneuss Nina M
15792 La Paz Dr
Victorville, CA 92395


Kraft Christopher
14640 La Mesa Road
Victorville, CA 92392


Krejckant Kristie R
15091 Rancho Rd
Victorville, CA 92394


Kulakowskistrickland Sharon K
12511 Algonquin Road
Apple Valley, CA 92308


Lamb Michael
PO Box 2871
Helendale, CA 92342


Landa Miguel
16631 Eucalyptus
Hesperia, CA 92345


Latner Austin
10327 Carrissa Ave
Hesperia, CA 92345

Lay Bunchan
12480 Terrano Ln
Victorville, CA 92392


Lint Beatrice
841 S First St
Barstow, CA 92311


Lmg National Publishing Inc
Gatehouse Media LLC
Attn Mang Agt Officer Or Director
350 Willowbrk Off Pk Fairp NY 14450


Loucks Whitney L
15197 Fir
Hesperia, CA 92345


Lovato Kay S
621 Flora
Barstow, CA 92311


Lucero Patricia E
16371 Mojave St
Hesperia, CA 92345


Marien Raymond M
10238 Maricopa Road
Victorville, CA 92392


Marquez Sarah
16219 Midway St
Victorville, CA 92395

Marsh Risk  Insurance Services
Attn Mang Agt Officer Or Director
PO Box 846112
Dallas, TX 75284-6112


Marshall Deanna N
13870 Olema Road
Apple Valley, CA 92308


Martin Lori D
16854 Sholic St
Victorville, CA 92395


Martinez Megan
12987 Bullet Ave
Victorville, CA 92392


Martinez Roger A
23525 Goshute Ave
Apple Valley, CA 92307


Mastin Sharon
PO Box 871
Barstow, CA 92312


Mathis Richard E
13153 Red Cedar Ave
Victorville, CA 92392


Mathis Richard M
13153 Red Cedar
Victorville, CA 92392

Mccusker Laura M
700 Caliente
Barstow, CA 92311


Mcdonell Robert R
21180 Tepee Road
Apple Valley, CA 92307


Mcmeans Cynthia A
19115 Chole Rd
Apple Valley, CA 92307


Mendoza David
14552 Handsdale St
Adelanto, CA 92301


Mercado Natalie
11572 A Ave
Hesperia, CA 92345-2104


Michigan Dept of Energy
Labor  Economic Growth
611 West Ottawa PO Box 30004
Lansing, MI 48909


Michigan Dept of Environ Quality
Attn Mang Agt Officer Or Director
525 West Allegan St PO Box 30473
Lansing, MI 48909-7973


Michigan Dept of Treasury
Attn Mang Agt Officer Or Director
Treasury Building
Lansing, MI 48922

Michigan Dept of Treasury
Unclaimed Property Division
PO Box 30756
Lansing, MI 48909


Miller Barbara
14051 Burning Tree Dr
Victorville, CA 92395


Miller Ryan T
13037 Lehigh Ct
Victorville, CA 92392


Moller Alfred M
PO Box 2194
Apple Valley, CA 92307


Moreno Michael
14569 Rodeo Drive
Victorville, CA 92395


Morris Jerome
12681 Luna Rd
Victorville, CA 92392-7995


New York City Dept of Finance
Attn Mang Agt Officer Or Director
1 Centre St Municipal Bldg 500
New York, NY 10007


New York Dept of Labor
Commissioner
State Campus Building 12 Room 500
Albany, NY 12240

New York Dept of Taxn  Finance
Attn Mang Agt Officer Or Director
Bankruptcy Section PO Box 5300
Albany, NY 12205-0300


New York State
Consumer Protection Board
5 Empire State Plaza Suite 2101
Albany, NY 12223-1556


New York State Comptroller
Office of Unclaimed Funds
110 State St
Albany, NY 12236


New York State Dept of
Environ Conservation
625 Broadway
Albany, NY 12233-0001


North Carolina Dept of Environ
and Natural Resources
1601 Mail Service Center
Raleigh, NC 27699-1601


North Carolina Dept of Labor
Commissioner
1101 Mail Service Center
Raleigh, NC 27699-1101


North Carolina Dept of Rev
Attn Mang Agt Officer Or Director
501 N Wilmington St
Raleigh, NC 27604


North Carolina Environment and
Natural Resources
1601 Mail Service Center
Raleigh, NC 27699-1601

North Carolina State Treasurer
Unclaimed Property Division
325 N Salisbury St
Raleigh, NC 27603

Office of Attny Gen Delaware
Attn Matthew Denn
Carvel Office Bldg 820 N French St
Wilmington, DE 19801

Office of Attny Gen Illinois
Attn Lisa Madigan
Thompson Ctr 100 W Randolph St
Chicago, IL 60601

Office of Attny Gen Indiana
Attn Greg Zoeller
Indiana Gv Ctr S 302 W Wshngtn 5 Fl
Indianapolis, IN 46204-2770

Office of Attny Gen Oregon
Attn Ellen F Rosenblum
OR Dept of Justice 1162 Court St NE
Salem, OR 97301-4096

Office of Atty General Colorado
Attn Cynthia Coffman
Carr Judcl Cntr 1300 Bdway 10th Fl
Denver, CO 80203

Office of The Attorney General
Consumer Protection Division
1275 Washington St
Phoenix, AZ 85007-2926

Office of The Attorney General
Consumer Protection Division
302 W Washington St 5th Floor
Indianapolis, IN 46204

Office of The Attorney General
Consumer Protection Division
9001 Mail Service Center
Raleigh, NC 27699-9001


Office of The Atty Gen Con Pro Div
Thomas Stevens Director
Carvel St Offc Bldg 820 N French St
Wilmington, DE 19801


Office of The Atty Gen St of AZ
Mark Brnovich
1275 West Washington St
Phoenix, AZ 85007


Office of The Atty Gen St of CA
Kamala D Harris
1300 I St Suite 1740
Sacramento, CA 95814


Office of The Atty Gen St of FL
Pam Bondi
The Capitol PI01
Tallahassee, FL 32399-1050


Office of The Atty Gen St of MI
Bill Schutte
PO Box 30212 525 W Ottawa ST
Lansing, MI 48909-0212


Office of The Atty Gen St of NC
Roy Cooper
9001 Mail Service Center
Raleigh, NC 27699-9001


Office of The Atty Gen St of NY
Eric T Schneiderman
Dept of Law The Capitol 2 Fl
Albany, NY 12224-0341

```
Office of The Atty Gen St of OH
Mike Dewine
State Office Tower 30 E Broad St
Columbus, OH 43431




Office of The Atty Gen St of TX
Ken Paxton
300 W 15th St
Austin, TX 78701




Ohio Air Quality Devel Auth
Attn Mang Agt Officer Or Director
50 W Broad St Suite 1718
Columbus, OH 43215




Ohio Dept of Commerce
Director
77 South High St 23rd Floor
Columbus, OH 43215-6123




Ohio Dept of Commerce
Division of Unclaimed Funds
77 South High St 20th Floor
Columbus, OH 43215-6108




Ohio Dept of Natural Resources
Attn Mang Agt Officer Or Director
2045 Morse Road Building D
Columbus, OH 43229-6693




Ohio Dept of Taxation
Attn Mang Agt Officer Or Director
PO Box 530
Columbus, OH 43216-0530




Ohio Environ Protection Agency
Attn Mang Agt Officer Or Director
50 West Town St Suite 700
Columbus, OH 43215
```

Oliver Wyman Actuarial Consulting
Attn Mang Agt Officer Or Director
PO Box 5160
New York, NY 10087-5160


Or Bureau of Labor and Indust
Commissioner
800 NE Oregon St Suite 1045
Portland, OR 97232


Oregon Dept of Environ Quality
Attn Mang Agt Officer Or Director
811 SW 6th Ave
Portland, OR 97204-1390


Oregon Dept of Fish and Wildlife
Attn Mang Agt Officer Or Director
3406 Cherry Ave NE
Salem, OR 97303


Oregon Dept of Justice
Consumer Protection
1162 Court St NE
Salem, OR 97301-4096


Oregon Dept of Rev
Attn Mang Agt Officer Or Director
955 Center St NE
Salem, OR 97310


Oregon Dept of State Lands
Unclaimed Property Section
775 Sunner St NE Suite 100
Salem, OR 97301-1279


Ortiz Jose F
12534 Sunny Vista Ave
Victorville, CA 92395

Panameno Teresa
15139 Hesperia Rd
Victorville, CA 92395


Pardo David F
18482 Carob St
Hesperia, CA 92345


Parker Carol A
21920 Biloxi Ave
Apple Valley, CA 92307


Parker Dante D
12429 Freeport Dr
Victorville, CA 92394


Peinado Mark
11906 First Ave Apt No 3
Hesperia, CA 92345


Penaloza Maria C
15201 Wildrose St
Victorville, CA 92394


Pension Benefit Guaranty Corp
Office of Chief Counsel
1200 K St NW
Washington, DC 20005


Peters Matthew F
7903 Elm Ave Apt 14
Rancho Cucamonga, CA 91730

Phillips Kathleen
12607 Pacoima Rd
Victorville, CA 92392

Poewalters Leslie A
12420 Shamrock Ave
Victorville, CA 92395

Pommier Jessica
14230 Manzano Rd
Victorville, CA 92392

Pontius Harry C
15544 Jay Post
Victorville, CA 92394

Quigg James G
7887 Victor Ave
Hesperia Ca, CA 92345

Quintero Jose
14421 Caroline St
Adelanto, CA 92301

Quinteros Olga C
8765 Hemet Ave
Hesperia, CA 92344

Ratsamy Bonyoung
11397 Spring St
Adelanto, CA 92301

Ratzlaff Steve R
13150 Kiowa Rd
Apple Valley, CA 92308


Reilly Kris
18062 Mondamon Rd
Apple Valley, CA 92307


Rios Nadine
16300 Midway St
Victorville, CA 92395


Rodriguez Maricela
15404 Broken Bow Rd
Apple Valley, CA 92307


Rowan Jane M
PO Box 720578
Pinon Hills, CA 92372


Rowland Sheila D
14128 Montecito Lane
Victorville, CA 92395


Sanchez Jacobo A
15022 Binford Ave
Adelanto, CA 92301


Schrimpf David
13672 Zircon Way
Victorville, CA 92394

Schrimpf Kimberly
13672 Zircon Way
Victorville, CA 92394

Sec of State of North Carolina
Elaine F Marshall
2 South Salisbury St
Raleigh, NC 27626-0622

Sec of State of Ohio
Jon Husted
180 East Broad St 16th Floor
Columbus, OH 43215

Sec of State of Oregon
Jeanne P Atkins
136 State Capitol
Salem, OR 97301

Secretary of State
Attn Mang Agt Officer Or Director
PO Box 944230
Sacramento, CA 94244-2300

Secretary of State of AZ
Michelle Reagan
1700 W Washington St F17
Phoenix, AZ 85007-2888

Secretary of State of CA
Alex Padilla
1500 11th St
Sacramento, CA 95814

Secretary of State of CO
Wayne W Williams
1700 Broadway Suite 200
Denver, CO 80290

```
Secretary of State of DE
Jeffrey W Bullock
401 Federal St Suite 3
Dover, DE 19901
```

```
Secretary of State of FL
Ken Detzner
Ra Gray Bldg 500 S Bronough St
Tallahassee, FL 32399-0250
```

```
Secretary of State of IL
Jesse White
213 State Capitol
Springfield, IL 62756
```

```
Secretary of State of IN
Connie Lawson
200 W Washington St Room 201
Indianapolis, IN 46204
```

```
Secretary of State of MI
Ruth Johnson
Michigan Dept of State
Lansing, MI 48919
```

```
Secretary of State of NY
Cesar A Perales
One Comm Plz 99 Washington Ave
Albany, NY 12231-0001
```

```
Secretary of State of TX
Carlos H Cascos
James E Rudder Bldg 1019 Brazos
Austin, TX 78701
```

```
Self Brooke A
13862 Coachella Road
Apple Valley, CA 92307
```

Silver Point Finance LLC
Paul Weiss Rifkind Wharton LLP
1285 Ave of The Americas
New York, NY 10019


Silver Point Finance as Coll Agt
Attn Mang Agt Officer Or Director
Two Greenwich Plaza
Greenwich, CT 06830


Sipe Linda L
16989 Eucalyptus
Hesperia, CA 92345


Sipe Michael C
16989 Eucalyptus
Hesperia, CA 92345


Slocomb Shelly L
12873 Stage Coach Dr
Victorville, CA 92392


Smith Yolanda L
11155 Merino Ave
Apple Valley, CA 92308


Sohm Nathan E
PO Box 2513
Apple Valley, CA 92307


State of Delaware Division of Rev
Attn Mang Agt Officer Or Director
Carvel St  Bldg 820 N Frch St
Wilmington, DE 19801

State of Florida Attorney General
Consumer Protection Division
The Capitol Pl01
Tallahassee, FL 32399-1040


State of Florida Dept of Rev
Attn Mang Agt Officer Or Director
5050 West Tennessee St
Tallahasse, FL 32399-0100


State of Michigan Attorney General
Consumer Protection Division
PO Box 30213
Lansing, MI 48909-7713


Stroming Sandra L
14965 Ramona
Apple Valley, CA 92307


Swegles Ashley
12776 Portola St
Victorville, CA 92392-5488


Texas Attorney General
Consumer Protection
300 W 15th St 9th Floor
Austin, TX 78711-2548


Texas Commission of Environ Quality
Attn Mang Agt Officer Or Director
PO Box 13087 Mail Code  Tceq
Austin, TX 78711-3087


Texas Comptroller of Public Accts
Attn Mang Agt Officer Or Director
PO Box 13528 Capitol Station
Austin, TX 78711-3528

Texas Comptroller of Public Accts
Unclaimed Property Claims Section
PO Box 12046
Austin, TX 78711-2046


Texas Workforce Commission
Executive Director
101 East 15th St Room 651
Austin, TX 78778-0001


The Retirement Plan of Freedom Comm
PBGC  Kelly Cusick Esq
1200 K St NW
Washington, DC 20005


The Retirement Plan of Freedom Comm
PBGC Charles L Finke Deputy Chief
1200 K St NW
Washington, DC 20005


The Retirement Plan of Freedom Comm
PBGC John A Menke Asst Chief Counsel
1200 K St NW
Washington, DC 20005


The Retirement Plan of Freedom Comm
PBGC Marc Pfeuffer Counsel
1200 K St NW
Washington, DC 20005


The Retirement Plan of Freedom Comm
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC 20005


Torres Fernando
19136 Pine Way
Apple Valley, CA 92308

Tran Nam
13163 Yakima Road
Apple Valley, CA 92308


Us Dept of Labor
Attn Mang Agt Officer Or Director
200 Constitution Ave NW
Washington, DC 20210


Us Dept of Labor osha
Osha Region 10
300 Fifth Ave Suite 1280
Seattle, WA 98104-2397


Us Dept of Labor osha
Osha Region 2
201 Varick St Room 670
New York, NY 10014


Us Dept of Labor osha
Osha Region 3
170 S Independence Mall W Suite 740
Philadelphia, PA 19106


Us Dept of Labor osha
Osha Region 4
61 Forsyth St SW Room 6t50
Atlanta, GA 30303


Us Dept of Labor osha
Osha Region 5
230 South Dearborn St Room 3244
Chicago, IL 60604


Us Dept of Labor osha
Osha Region 6
525 Griffin St Suite 602
Dallas, TX 75202

Us Dept of Labor osha
Osha Region 8
1999 Broadway Suite 1690
Denver, CO 80202


Us Dept of Labor osha
Osha Region 9
90 7th St Suite 18100
San Francisco, CA 94103


Us Securities  Exchange Commission
Attn  Bankruptcy Counsel
444 South Flower St Suite 900
Los Angeles, CA 90071-9591


Vaca Michelle D
20373 Pawhuska Road
Apple Valley, CA 92307


Vera Bulmaro
12806 Dos Palmas Rd
Victorville, CA 92392


Victor Valley Publishing Company
A California Corp
13891 Park Ave
Victorville, CA 92392


Victorville Publishing Company Inc
A California Corp
13891 Park Ave
Victorville, CA 92392


Wells Fargo Bank
Attn Stephen Asinas
2030 Main St Suite 900
Irvine, CA 92614

Williams Stephen M
17116 Pahata Court
Apple Valley, CA 92307


Winburn James E
11061 East Ave R6
Littlerock, CA 93543


Woods Ashley
15321 Juniper Ave
Victorville, CA 92394


Yeadon Arlene
19950 Haida Road
Apple Valley, CA 92307


Young Katherine A
11259 Alta Mesa Rd
Victorville, CA 92392


Zavala Martha
10350 4th Ave
Hesperia, CA 92345